UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DRIVER,

    Petitioner,

v.

MIKE McDONALD, warden,

    Respondent.

No. C 10-2564 SI (pr)

**ORDER EXTENDING DEADLINES**

Respondent has filed an ex parte request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Violet M. Lee, the court GRANTS respondent's request. (Docket # 14.) Respondent must file and serve his response to the petition no later than **February 18, 2011**. Petitioner must file and serve his traverse no later than **March 25, 2011.**

IT IS SO ORDERED.

DATED: December 10, 2010

                                                      SUSAN ILLSTON
                                              United States District Judge