UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DRIVER, | No. C 10-2564 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| MIKE McDONALD, warden, | |
| Respondent. | |

Petitioner has filed an ex parte request for an extension of time to file his traverse in support of the petition for writ of habeas corpus. Upon due consideration, the court GRANTS the request. (Docket # 22.) Petitioner must file and serve his traverse no later than **June 3, 2011.**

IT IS SO ORDERED.

DATED: March 28, 2011

                                                SUSAN ILLSTON
                                      United States District Judge