UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DRIVER,

      Petitioner,

      v.

MIKE McDONALD, warden,

      Respondent.

No. C 10-2564 SI (pr)

**ORDER EXTENDING TRAVERSE DEADLINE**

    Petitioner has filed a request for extension of time to file his traverse. Upon due consideration, the court GRANTS petitioner's request. (Docket # 26.) Petitioner must file and serve on respondent's counsel a copy of his traverse no later than **August 12, 2011**. No further extensions of this deadline should be expected because, by the time it arrives, petitioner will have had over six months to prepare his traverse.

    Petitioner also indicates he is waiting for a ruling on his request for appointment of counsel. That request was denied in an order filed May 25, 2011. Petitioner must prepare his traverse without assistance of counsel.

    IT IS SO ORDERED.

DATED: June 20 2011

                                              SUSAN ILLSTON
                                         United States District Judge