UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DRIVER, | No. C 10-2564 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT H. TRIMBLE, Acting Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 21, 2011

SUSAN ILLSTON
United States District Judge