United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DRIVER,                      No. C 10-2564 SI (pr)

      Petitioner,                       **JUDGMENT**

   v.

ROBERT H. TRIMBLE, Acting Warden,

      Respondent.
                                                /

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 21, 2011            _____
                                                         SUSAN ILLSTON
                                             United States District Judge