UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DRIVER,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT H. TRIMBLE, Acting Warden,<br><br>    Respondent.<br>_____/ | No. C 10-2564 SI (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

    The court denied a certificate of appealability in its November 21, 2011 Order Denying Habeas Petition and Denying Certificate of Appealability. Thereafter, petitioner filed an application for a certificate of appealability. A certificate of appealability will not issue. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). The application for a certificate of appealability is DENIED. (Docket # 32.) All further motions should be filed in the U.S. Court of Appeals for the Ninth Circuit.

    IT IS SO ORDERED.

DATED: February 27, 2012

                                                         SUSAN ILLSTON
                                                         United States District Judge